Certificate Number: 06531-MN-DE-037313425

Bankruptcy Case Number: 23-40351



06531-MN-DE-037313425

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 2, 2023, at 7:30 o'clock PM CDT, Donna M Stockman completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Minnesota.

Date:  April 2, 2023

By:  /s/Seneca Lovett

Name:  Seneca Lovett

Title:  Credit Counselor